IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WAYNE D. MURPHY,

    Petitioner,                                      JUDGMENT IN A CIVIL CASE

v.                                                                  Case No. 15-cv-504-jdp

J.B. VAN HOLLEN,

    Respondent.

This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Wayne D. Murphy's petition for a writ of habeas corpus under 28 U.S.C. § 2254 with prejudice.

| /s/ | 6/1/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |